UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

AVIDEAN GOREE and JOSHUA
PETERS, individually and on behalf
of all others similarly situated,

    Plaintiffs,

v.                                            Civ. No. 16-1094 JAP/GJF

T & T ENERGY SERVICES, LLC,
KENNETH STEVENS, and CHRIS
BEAL,

    Defendants.

## ORDER STAYING PROCEEDINGS

The Court held a status conference in the above-captioned cause on October 19, 2017. During the conference, the parties jointly requested a 45-day stay of all proceedings to permit the parties to engage in settlement negotiations.

Based on the parties' stipulation, the Court **HEREBY STAYS** all proceedings in the instant matter for a period of **forty-five (45) days.** The parties are instructed to notify the Court by electronic mail as soon as reasonably possible in the event that they reach an agreement that resolves this case. If the parties have not reached a settlement by the end of the stay, the Court will convene a telephonic status conference to discuss a revised case schedule.

    **IT IS SO ORDERED**.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE