UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

AVIDAN GOREE and JOSHUA
PETERS, individually and on behalf
of all others similarly situated,

    Plaintiffs,

v.                               Civ. No. 16-1094 JAP/GJF

T & T ENERGY SERVICES, LLC, et al.,

    Defendants.

## ORDER TO PROCEED WITHOUT A FAIRNESS HEARING

On March 9, 2018, the parties reached an agreement to settle all claims. On June 5, 2018, the Court held a hearing at which the Court and counsel for all parties discussed the necessity of a fairness hearing in the instant matter. Upon questioning from the Court, Plaintiff's counsel waived his client's right to a fairness hearing. Counsel for Defendants then did the same on behalf of his clients.

Therefore, the Court **FINDS** that all parties have knowingly and absolutely **WAIVED** their right to a fairness hearing in the instant matter and accordingly **ORDERS** that no fairness hearing shall be conducted. The Court has been made aware of the distributions as to each of the four plaintiffs, as well as their counsel, and specifically **FINDS** the distributions to be fair and equitable under the particular circumstances of this case.

    **IT IS SO ORDERED**.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE