# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

AVIDAN GOREE and JOSHUA
PETERS, individually and on behalf
of all others similarly situated,

    Plaintiffs,

v.                                          Civ. No. 16-1094 JAP/GJF

T & T ENERGY SERVICES, LLC, et al.,

    Defendants.

## AMENDED ORDER TO FILE CLOSING DOCUMENTS

On March 9, 2018, the parties reached an agreement to settle all claims. On June 5, 2018, the Court held a hearing at which it adjudicated the disputes that had arisen between the parties regarding the settlement.

Therefore, **IT IS HEREBY ORDERED** that the parties shall file closing documents no later than **June 19, 2018**.

**IT IS SO ORDERED**.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE